# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:98CR234

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| ) | |
| McKINLEY DAVID LITTLEJOHN ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's letter filed August 8, 2005, which is construed as a motion to amend judgment.

Because the Court has no jurisdiction to amend or otherwise modify the judgment,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is hereby **DENIED**.

**Signed: August 12, 2005**

Lacy H. Thornburg
United States District Judge