# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CRIMINAL CASE NO. 2:98-cr-00234-MR-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> McKINLEY DAVID LITTLEJOHN, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's "Motion to Terminate Parole as Unsatisfactorily Completed" [Doc. 77] and the Defendant's "Plea in Absentia with a Waiver of Rights" [Doc. 78].

In his present filings, the Defendant asks the Court to adjudicate his parole violation and allow him to serve that sentence concurrently with his present sentence. [Docs. 77, 78].

The Court construes the Defendant's filings as seeking relief under the Interstate Agreement on Detainers Act ("IADA"). For the reasons previously stated in the Court's Order of October 8, 2014 [Doc. 76], the Defendant request for relief under the IADA must be denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Terminate Parole as Unsatisfactorily Completed" [Doc. 77] is **DENIED**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge